ANDREWS V. ASTRUE, 10 CV 490 (CSH)

3/29/11 – ELECTRONIC ENDORSEMENT GRANTING PLAINTIFF'S MOTION FOR COSTS AND FEES (Dkt. #22), <u>in large part</u>, absent a timely objection having been filed by defendant.  Plaintiff's counsel is not permitted to recover 1.3 hours (.2 hours on 3/30/10, .1 hours on 4/1/10, .4 hours on 4/5/10, .2 hours on 4/8/10, .2 hours on 4/8/10, and .4 hours on 4/26/10) as the law is well-established in this district that "[h]ours spent performing clerical tasks such as filing the complaint and receiving return of service, are not compensable under the EAJA."  <u>Lee v. Astrue</u>, 09 CV 1575 (CSH)(JGM)(D. Conn. Feb. 28, 2011), , slip op. at 8 (citations omitted);  <u>Hosking v. Astrue</u>, No. 3:10 CV 64 (MRK)(WIG), 2010 WL 4683917, at *2 (citations omitted); <u>Cobb v. Astrue</u>, No. 3:08 CV 1130 (MRK)(WIG), 2009 WL 2940205, at *2 (D. Conn. Sept. 2, 2009).  Thus, subtracting the 1.3 hours from the requested 40.1 hours leaves 38.8 hours, at $180/hour, for a total of $6,984.  Therefore, plaintiff's Motion for Costs and Fees (Dkt. #22) is **granted in the amount of $6,984**.